# 742 CASES REPORTED WITH BRIEF SYLLABI.

ADOLPH BLUMENTHAL, Respondent, v. WYNGOLD REALTY CORPORATION and Others, Defendants, Impleaded with 109 EAST 116TH STREET CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPHINE LAURINO, Appellant, v. W. AUGUSTUS PRATT, Respondent.— Order modified by allowing an examination of the defendant before trial upon the following matters and issues: 1. That the plaintiff submitted to treatment and operation on her nose by the defendant during the months of March and April, 1925, and the character and details of such treatment and operation. 2. That the plaintiff submitted to further operation and treatment in July, 1925, by the defendant, and the nature and details of such operation and treatment. And as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents on the authority of Shaw v. Samley Realty Co. (201 App. Div. 433); Schulte v. Petruzzi (153 id. 889); People v. Natural Carbonic Gas Co. (140 id. 802); Tyler v. Twin City Power Co. (179 id. 652). Settle order on notice.

DAVID M. LION, Respondent, v. GEORGE GRAHAM RICE, Individually and as Treasurer, etc., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB HAYMAN v. TENENTIAL CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MATTEO MEROLLA, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL BARBA, as Administrator, etc., of JOSEPH LaVECCHIA, Deceased, v. SAMUEL KAPLAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS McWEENEY v. P. J. DURCAN, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELIZABETH H. STANTON v. A. B. LEACH & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before the 14th day of January, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KALMAN KLAUSMER v. QUEENS FUR DRESSING CO., INC.— Motion to dismiss appeal denied, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IDA WOLPIN v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before January 7, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.